Argued September 13, affirmed September 20, 1967

COX, *Respondent, v.* COX, *Appellant.*
431 P. 2d 960

*Roy Dwyer,* Eugene, argued the cause for appellant. With him on the brief were Dwyer & Kelsay, Eugene.

*Hale G. Thompson,* Eugene, argued the cause for respondent. On the brief were Thompson, Mumford & Woodrich, Eugene.

Before SLOAN, Presiding Justice, and GOODWIN and HOLMAN, Justices.

■■■■

PER CURIAM.

The divorced father of two boys appeals an order denying his motion for a change of custody, which was grounded upon the mother's alleged noncooperation in the matter of visitation and other behavior alleged to be contrary to the best interests of the children.

■■■ After a day and a half of testimony that reflected little credit upon either parent, the trial court decided that the burden of proving that a change in custody would be in the best interest of the children had not been met. We agree. The only question in such a case is the best interest of the children. A motion for a change of custody is not available to vindicate wounded pride nor to punish the real or imagined social blunders of a former mate.

Affirmed.